Anthony Leo WHITE, Plaintiff—Appellant,

v.

David HOYLE, N.C. Department of Revenue Secretary; Cale Johnson, Supervisor N.C. DOR Unauthorized Substances Tax Division; David Warlick, Agent N.C. DOR Unauthorized Substances Tax Division; Donnie Dellinger, Burke Co. Narcotics Task Force Investigator; Rick Hasson, Sgt. Burke County Narcotics Task Force, Defendants—Appellees.

No. 12–6432.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2012.

Decided: Aug. 2, 2012.

Anthony Leo White, Appellant Pro Se. David Dalton Lennon, Office of the Attorney General of North Carolina, Raleigh, North Carolina; Christopher J. Geis, Womble Carlyle Sandridge & Rice, PLLC,

---

Winston–Salem, North Carolina, for Appellees.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Leo White appeals the district court's order dismissing for lack of jurisdiction his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See White v. Hoyle,* 846 F.Supp.2d 496 (W.D.N.C.2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*